UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-61705-CIV-SINGHAL

CENTRE WAY COMPANY LIMITED,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Magistrate Judge's Paperless Report and Recommendation to District Judge (DE [49]), issued on March 27, 2023. Therein, Magistrate Judge Valle considered Defendant Presentime's Notice of Motion, Motion for Attorney's Fees, and Supporting Memorandum of Points and Authorities (DE [46]) and recommended it be denied. The parties were given fourteen days to file any objections to the magistrate judge's factual findings and recommendation. *See* 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. J. R. 4(b).

Here, neither side filed any such objections. With no objections filed, the Court's review of the Report and Recommendation (DE [49]) is properly limited to a *de novo* review of only its legal conclusions. *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection."). This Court has reviewed

the entire file and record and has made a *de novo* review of the issues. No objections to the Report and Recommendation (DE [49]) have been filed, thus, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Paperless Report and Recommendation to District Judge (DE [49]) is **AFFIRMED** and **ADOPTED**. Defendant Presentime's Notice of Motion, Motion for Attorney's Fees, and Supporting Memorandum of Points and Authorities (DE [46]) is **DENIED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of June 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF